## MICHAEL T. DALY *v.* JOHN M. BAILEY

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Michael T. Daly,* in support of the petition.

Decided November 21, 1985

## CHESTER A. KURAS ET AL. *v.* TOWN OF SUFFIELD

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Ronald T. Murphy,* in support of the petition.

Decided November 21, 1985

## TERESA D. DeTEVES *v.* DINIS C. DeTEVES

The defendant's petition for certification for appeal from the Appellate Court is granted.

*Nancy O. Dodge,* in support of the petition.

Decided December 3, 1985

## JOSEPH ZALESKI *v.* ALBERT D. LIZZI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 426, is dismissed.

*Mark S. Rosenblit,* in support of the petition.

*James J. Scalise,* in opposition.

Decided December 3, 1985